UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 13-20-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| ANNISSA K. OTTER, | ) | **ORDER** |
| | ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 54] filed by United States Magistrate Judge Robert E. Wier. The Defendant, Annissa Otter, is charged with two violations of her supervised release. Violation one charges that Otter was terminated from her re-entry program prior to completion and violation two charges that she failed to notify the probation office of her contact with police. [R. 54 at 2.]

Judge Wier conducted a final hearing and Otter stipulated to the charged violations. [R. 54 at 2.] On October 23, Judge Wier issued a Report and Recommendation which recommended that Otter's supervised release be revoked and that she be imprisoned for time served and continue on supervision (with additional and modified conditions). [*Id*. at 5.] Judge Wier appropriately considered the 18 U.S.C. § 3353 factors in coming to his recommended sentence. [*Id*. at 3.] The Recommended Disposition advises the parties' that objections must be filed within fourteen (14) days of service. [*Id*. at 7.] *See* 28 U.S.C. § 636(b)(1). There were no objections filed during the relevant time period and Otter waived her right of allocution. [R. 55.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 54] as to the Defendant, Annissa K. Otter, is **ADOPTED** as and for the Opinion of the Court;

(2) Otter is found to have **VIOLATED** the terms of her Supervised Release as set forth in the Petition filed by the U.S. Probation Office [R. 50];

(3) Otter is **SENTENCED** for a period of time-served;

(4) Otter is to **CONTINUE** on supervised release on the conditions as they are explained by the Magistrate Judge in his Recommendation and on the record at her final hearing;

(5) Otter has **WAIVED** her right to allocution [R. 55]; and

(5) Judgment shall be entered promptly.

This 12th day of November, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge